**Order entered September 17, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00067-CV

### NAOMI ABRAHAM MISHLER, Appellant

### V.

### STUART G. MISHLER, Appellee

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-52796-2019**

## ORDER

Before the Court are appellee's motion for leave to file amended sur-reply brief, appellant's objection, and appellant's motion for leave to respond to appellee's sur-reply. We **GRANT** appellee's motion. The amended sur-reply brief shall be filed no later than September 23, 2021.

We **DENY** appellant's motion.

The parties are cautioned that no further briefing shall be filed unless requested by the Court.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE